```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
       NORTHEASTERN DIVISION
```

LaRHONDA DUNLAP PEREZ          ]
     Plaintiff,                ]
                               ]
v.                             ]     No. 2:13-0036
                               ]     Judge Sharp
OVERTON COUNTY SHERIFF'S DEPT. ]
     Defendant.                ]

## O R D E R

The Court has before it a *pro se* complaint (Docket Entry No.1) and an application to proceed in forma pauperis (Docket Entry No.2).

It appears from the application that the plaintiff lacks sufficient financial resources from which to pay the $350.00 filing fee. Accordingly, plaintiff's application to proceed in forma pauperis is GRANTED. 28 U.S.C. § 1915(a).

In accordance with the Memorandum contemporaneously entered, the complaint fails to state a claim upon which relief can be granted. Consequently, this action is hereby DISMISSED. 28 U.S.C. § 1915(e)(2).

An appeal of the judgment rendered herein would not be taken in good faith. Coppedge v. United States, 369 U.S. 438, 445-446 (1962). Therefore, the plaintiff is NOT certified to pursue an

1

appeal of this judgment in forma pauperis. 28 U.S.C. § 1915(a)(3).

Entry of this order shall constitute the judgment in this action.

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge

2